## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | CR. NO.: **25-cr-20282-TLP-tmp** |
| | ) | |
| vs. | ) | 21 U.S.C. § 841 |
| | ) | 21 U.S.C. § 846 |
| JARVIS WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SEAL COMPLAINT

Comes now the United States of America, by and through Joseph C. Murphy, Jr., Interim United States Attorney for the Western District of Tennessee, and Bryce H. Phillips, Assistant United States Attorney, and would respectfully move this Honorable Court to seal the Complaint in this case. In support of this motion, the Government states the following:

1.    The investigation is ongoing; and

2.    The defendant may flee, conceal evidence or seek to influence persons cooperating with the investigation if they learn of the investigation's existence.

Based on the foregoing, the United States respectfully requests that the complaint be sealed.

**WHEREFORE**, counsel for the United States respectfully moves this Honorable Court to seal the complaint and order that remain sealed until further order from the Court.

Respectfully submitted,

Joseph C. Murphy, Jr.
Interim United States Attorney
Western District of Tennessee

By:    *s/ Bryce H. Phillips*
BRYCE H. PHILLIPS
United States Attorney's Office
167 N. Main, Suite 800
Memphis, TN 38103
901-544-4231

## CERTIFICATE OF SERVICE

I, Bryce H. Phillips, Assistant United States Attorney for the Western District of Tennessee,

hereby certify that a copy of the foregoing motion was electronically filed, hand delivered, and/or

electronically mailed, to the Court.

This 9th day of October, 2025.

By:    s/ Bryce H. Phillips
       BRYCE H. PHILLIPS
       Assistant United States Attorney